UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEVIN PERRY,

    Plaintiff,

                                       Case Number 6:12-cv-1105-RBD-KRS

v.

ANGELINE ENTERPRISES, INC.
d/b/a MEINKE CAR CARE CENTER,

    Defendant.
_____/

## Stipulation of Dismissal

The parties pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., stipulate to dismissal.

Respectfully submitted on this 16th day of May 2013,

| /s/ *Allan P. Whitehead* | /s/ *Bernard R. Mazaheri* |
|---|---|
| Allan P. Whitehead | Bernard R. Mazaheri |
| Florida Bar No.: 870927 | Florida Bar No.: 643971 |
| awhitehead@fresehansen.com | BMazaheri@forthepeople.com |
| Frese, Hansen, Anderson, Anderson, | Morgan & Morgan |
| Heuston & Whitehead, P.A. | 600 N Pine Island Rd Ste 400 |
| 2200 Front Street, Suite 301 | Plantation, FL 33324 |
| Melbourne, Florida 32901 | Ph: 954-318-0268 |
| Ph: 321-984-3300 | |